```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARIANO MIRABEL, et al.,                        :
                                                :
                Plaintiffs,                     :
                                                :
        -against-                               :               ORDER
                                                :        15 CV 5086 (ALC) (KNF)
TWIN AMERICA LLC, et al.,                       :
                                                :
                                                :
                                                :
                                                :
                Defendants.                     :
------------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

By an order dated January 27, 2020, the parties were directed to submit their settlement agreement to the assigned district judge immediately. The docket sheet maintained by the Clerk of Court for this action does not reflect that the parties complied with the Court's order. IT IS HEREBY ORDERED that the parties submit their settlement agreement to the assigned district judge on or before May 19, 2020. The parties are reminded that failing to comply with a court order may result in sanctions including the dismissal of an action..

Dated:  New York, New York                      SO ORDERED:
        May 12, 2020

                                                _____
                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE