```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  8/13/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

**MIRABEL,**
                           **Plaintiff,**

    v.                                                                   **15-cv-05086- (ALC) (KNF)**
                                                            **ORDER**

**TWIN AMERICA LLC** *d/b/a* **CITY SIGHTS, ET AL.**

                        **Defendants.**

-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

To aid the Court in its consideration of the Parties' proposed Settlement Agreement, on or before August 27, 2020, Plaintiffs' counsel is directed to file a supplemental letter providing an estimate regarding the putative class's total unpaid wages, indicating what proportion of the class's actual damages will ultimately be compensated for by the proposed settlement.

**SO ORDERED.**
**Dated: August 13, 2020**
       **New York, New York**

                                                                              */s/ Andrew L. Carter, Jr.*
                                                                      **ANDREW L. CARTER, JR.**
                                                                      **United States District Judge**