```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/14/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**MIRABEL,** *on behalf of himself and all present and former dispatchers who worked for Defendants from January 1, 2009 to December 31st, 2013,*

                              **Plaintiff,**

    **v.**

**TWIN AMERICA LLC, ET AL.,**

                             **Defendant.**
-----------------------------------------------------------------: x

**1:15-cv-05086-ALC-KNF**
**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court hereby ORDERS that the Fairness Hearing, set for 1/21/2021 at 04:00 p.m., will take place telephonically. Participants are directed to contact the Court at that date and time at (888) 363-4749 (access code: 3768660).

**SO ORDERED.**
**Dated: January 14, 2021**
      **New York, New York**

                                                */s/ Andrew L. Carter, Jr.*
                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**